

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

JOHN BARFIELD AND TANA §
BARFIELD, WIFE, INDIVIDUALLY,     No. 08-17-00059-CV
AND JOHN BARFIELD AND TANA §
BARFIELD AS NEXT FRIENDS OF C.     Appeal from the
B. AND K. B., MINOR CHILDREN, §
    109th District Court
          Appellants, §
    of Andrews County, Texas
v. §
    (TC# 19145)
SANDRIDGE ENERGY, INC., AND §
JOSE PEPE SAENZ,

          Appellees.

# J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order granting summary judgment in favor of Appellee SandRidge Energy, Inc. We therefore reverse the judgment of the court below and remand the cause to the trial court for further proceedings, in accordance with this Court's opinion. We further order that Appellants recover from Appellee SandRidge Energy, Inc. all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF DECEMBER, 2019.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.
Alley, C.J., dissenting